**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY B. POTTS
ADC No. 090167                                                                                          PETITIONER

vs.                         Case No. 5:10CV00272 SWW/JTR

RAY HOBBS, Director
Arkansas Department of Correction                                                      RESPONDENT

## **ORDER**

Respondent has filed a Response to the habeas Petition arguing that the habeas Petition should be dismissed because the claims are barred by the statute of limitations, are procedurally defaulted, or are without merit. (Docket entry #7).

The Court concludes that a Reply by the Petitioner would be helpful to the resolution of this action. Therefore, the Court will direct Petitioner to file a Reply addressing the arguments raised in the Response (Docket entry #7), **on or before March 4, 2011.**

Dated this 11th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE