# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY B. POTTS
ADC#111074                                                                                    PETITIONER

VS.                                  5:10CV00272 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Respondent.

Dated this 5th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE