## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY B. POTTS
ADC #090167                                                                        PETITIONER

VS.                              5:10CV00272 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Petitioner's Motion for Relief From Judgment (*docket entry #27*) is DENIED. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 3rd day of December, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1